IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 MAY -4 PM 3:42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| CROUNSE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2978 Ml/V |
| ) | |
| DYNA STEEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO SHOW CAUSE

Plaintiff filed its Complaint in this case on December 1, 2004. More than 120 days has passed since the filing of the Complaint and it does not appear that Plaintiff has effected service upon the Defendant. Accordingly, Plaintiff is ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this order why this action should not be dismissed in accordance with Federal Rule of Civil Procedure 4(m).

So ORDERED this 4 day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:04-CV-02978 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable Jon McCalla
US DISTRICT COURT