IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 26 AM 8:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| CROUNSE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2978 Ml/V |
| | ) | |
| DYNA STEEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER SETTING TELEPHONE CONFERENCE

Before the Court is the parties' Answer to Order to Show Cause, filed May 16, 2005. The parties, having reached an agreed settlement on or before January 27, 2005, request that this Court "not dismiss this case until the parties notify the Court that the agreed judgment has been paid in full or until the agreed judgment is filed in this case." The agreed settlement provides for monthly payments by Defendant, to be paid in full on or about January 1, 2006.

Pursuant to the parties' request, the Court hereby sets a telephone conference for <u>Thursday, January 19, 2006, at 9:00 a.m.</u>, to discuss the entry of a consent order of dismissal in this case. Plaintiff Crounse Corporation shall initiate the call with all parties on the line. If a consent order of dismissal has already been entered, the telephone conference will be cancelled.

So ORDERED this 25 day of August, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on  8-26-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02978 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Jack E. Melvin
DYNASTEEL CO.
4334 Old Millington Rd.
Memphis, TN 38127--064

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable Jon McCalla
US DISTRICT COURT